IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAJANE HERSH | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MANUFACTURERS AND TRADERS TRUST COMPANY d/b/a M&T BANK, et al. | : : : | NO. 14-6709 |

## **ORDER**

**AND NOW**, this 31st day of May, 2016, upon consideration of Defendants' Motion for Partial Summary Judgment (Docket No. 20), Plaintiff's Motion for Partial Summary Judgment (Docket No. 19), and all documents filed in connection with both Motions, and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that both Defendants' Motion and Plaintiff's Motion are **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.